UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

HMT, INC.

        Plaintiff,

v.

BELL BCI COMPANY and DOES 1 through 50

        Defendants.

Case No. 06-CV-6193

## ORDER

THIS MATTER came before the Court on the Application of Kristen A. Bennett to Proceed Without Local Counsel, and upon review of this Application, it is hereby

ORDERED that Kristen A. Bennett shall be and hereby is permitted to proceed in this matter without local counsel.

ENTERED this 6 day of July, 2006.

S/MICHAEL A. TELESCA
_____
Hon. Michael A. Telesca
United States District Judge